433 A.2d 531

Commonwealth v. Ortiz, Appellant.

 Submitted June 13, 1980. John A. Goldstan, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.